IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01391-LTB-KLM

KAYABROAGO SINGUEBEOGO,

    Plaintiff,

v.

ECOLAB, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Attend Scheduling/Planning Conference by Telephone** [Docket No. 8; Filed January 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Scheduling Conference, counsel for Defendant shall contact Chambers at **(303) 335-2770** to participate.

Dated: January 28, 2009