IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01391-LTB-KLM

KAYABROAGO SINGUEBEOGO,

    Plaintiff,

v.

ECOLAB, INC.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Protective Order for the Confidentiality of Documents and Things** [Docket No. 16; Filed March 2, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing with interlineations and is entered as an Order of the Court as of the date of this Minute Order

Dated: March 3, 2009