IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01391-LTB-KLM

KAYABROAGO SINGUEBEOGO,

    Plaintiff,

v.

ECOLAB, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Compel Production of Documents Regarding Subpoena on Fidelity & Guaranty Insurance Company** [Docket No. 18; Filed March 4, 2009] (the "Motion"). Pursuant to the Motion, Plaintiff seeks an order compelling a third-party subpoena recipient, Fidelity & Guaranty Insurance Company, to comply with a subpoena served upon it by Plaintiff. However, I note that Plaintiff has failed to certify that notice of the Motion was provided to Fidelity & Guaranty Insurance Company or that Plaintiff made a good-faith effort to confer in an attempt to obtain the subpoenaed materials prior to seeking Court involvement.[1]

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Plaintiff may resubmit the Motion after conferring with Fidelity & Guaranty Insurance Company regarding its failure to provide the discovery called for by the subpoena in compliance with Fed. R. Civ. P. 37(a)(1). The Motion shall also contain a certificate of service evidencing its service on Fidelity & Guaranty Insurance Company.

Dated: March 6, 2009

---

    [1] Although Fed. R. Civ. P. 45 does not purport to contain a notice and conferral requirement when the subpoenaed party has not timely objected, I find that the material called for by the subpoena is discovery and, as such, any attempts to compel such material must comply with the requirements of Fed. R. Civ. P. 37(a)(1). *See generally* 9A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2452 at 394-95 & n.12 (3d ed. 2008).