IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01391-LTB-KLM

KAYABROAGO SINGUEBEOGO,

    Plaintiff,

v.

ECOLAB, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order and Deadlines** [Docket No. 24; Filed March 17, 2009] (the "Motion"). Although Plaintiff indicates that the Motion is unopposed, "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that the Motion seeks extension of the pleading amendment and expert disclosure deadlines, the Motion is **granted** with modification. To the extent that the Motion seeks extension of the discovery deadline, the Motion is **denied**. I find that Plaintiff has failed to provide good cause for extension of the discovery deadline given the timing of Plaintiff's request and the fact that the discovery deadline does not expire until July 31, 2009.

    IT IS FURTHER **ORDERED** that the Scheduling Order entered on February 3, 2009 [Docket No. 13] is amended to extend the following deadlines:

- Joinder/Amendment of Pleadings Deadline    **May 1, 2009**
- Expert Disclosure Deadline    **May 15, 2009**
- Rebuttal Expert Disclosure Deadline    **June 15, 2009**

Dated: March 20, 2009