IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

0 1 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01391-LTB-KLM

KAYABROAGO SINGUEBEOGO,

     Plaintiffs,

v.

ECOLAB, INC.,

     Defendants.

---

## PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION

---

Pursuant to the Protective Order for Confidential Information submitted by the parties, with good cause shown,

IT IS HEREBY ORDERED that the following information produced or received by Defendant regarding Plaintiff shall be kept confidential:

1.    Plaintiff has produced and will execute various medical releases in favor of the Defendant to allow the Defendant to get medical records.

2.    Plaintiff will produce W-2's and payroll information.

3.    Plaintiff has disclosed social security information and will produce a release of social security information.

4.    All of the above information is confidential. Accordingly, the parties agree that the information listed above will be used solely in connection with this lawsuit and shall not be made a public record.

5.    The confidential information listed above will not be disclosed to third parties except experts retained by the defense in connection with this lawsuit. Such disclosure shall only be made after the experts agree to be bound by this order and to keep the information confidential.

DATED: _March 30_ , 2009

U.S. DISTRICT COURT JUDGE
MAGISTRATE

2