**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01391-LTB-KLM

KAYABROAGO SINGUEBEOGO,

       Plaintiff,

v.

ECOLAB, INC.,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal with Prejudice (Doc 31 - filed June 11, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   June 12, 2009